# IN THE SUPREME COURT OF THE STATE OF NEVADA

PENNY ANN JACKSON,
Appellant,
vs.
EDWARD EARL HALEY,
Respondent.

No. 70278

FILED

JUN 27 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on April 28, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

---

[1]In light of this order respondent's motion to substitute and motion to dismiss appellant's appeal filed on May 31, 2016, is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-20014

cc: Hon. Denise L. Gentile, District Judge, Family Court Division
Penny Ann Jackson
Cuthbert Mack Chtd.
Eighth District Court Clerk